## TURNER HARDWARE CO. v. JOHN DEERE PLOW CO.

No. 3293.   Opinion Filed November 11, 1913.

(136 Pac. 417.)

**APPEAL AND ERROR**—Dismissal—Failure to File Brief.  Where plaintiff in error fails and neglects to file brief, as required by rule 7 of this court (38 Okla. vi, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Galbraith, C.)

German Stock Food Co. v. Miller.

*Error from Superior Court, Muskogee County;*
*Farrar L. McCain, Judge.*

Action by the John Deere Plow Company against the Turner Hardware Company. Judgment for plaintiff, and defendant brings error. Dismissed.

*Chas. Bagg,* for plaintiff in error.

*John H. Mosier,* for defendant in error.

Opinion by GALBRAITH, C. The petition in error and case-made were filed in this court on November 13, 1911, and the cause regularly set for submission on September 15, 1913. The plaintiff in error has failed to file and serve brief, as required by rule 7 of this court (38 Okla. vi, 95 Pac. vi). In fact, neither party has filed briefs in this case. Apparently the appeal has been abandoned. In any event, it should be dismissed for want of prosecution. *Streeter v. McCoy,* 34 Okla. 490, 126 Pac. 216; *Streeter v. Huene,* 34 Okla. 491, 126 Pac. 216; *Thompson v. Murray,* 34 Okla. 521, 125 Pac. 1133; *Reliable Ins. Co. v. Newcomber,* 34 Okla. 759, 127 Pac. 260; *M., O. & G. R. Co. v. Johnson,* 34 Okla. 816, 127 Pac. 386; *First Nat. Bank v. Baldwin,* 34 Okla. 825, 127 Pac. 260; *Snow v. Frye,* 34 Okla. 826, 127 Pac. 422.

By the Court: It is so ordered.